United States District Court
Southern District of Texas
**ENTERED**
April 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUSAN PASKOWITZ, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:18-CV-27 § DYNEGY INC., *et al*, § § § Defendants. § | |

## ORDER OF DISMISSAL

On April 2, 2018, Plaintiff Susan Paskowitz filed a Notice of Dismissal without Prejudice indicating she no longer desired to prosecute her claims against said Defendants. Accordingly, it is ORDERED that these claims asserted by Plaintiff Susan Paskowitz are hereby DISMISSED, without prejudice as to its refiling of same. Each party shall bear his or its own attorneys' fees and costs.

Signed on this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE